**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01931-LTB-BNB

VICKI BACA,

        Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 5 - filed September 11, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:


                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   September 12, 2012